**Truist Bank**
PO Box 85092
Mail Code 306-40-06-10
Richmond, VA 23285
Tel: 800.635.3112
TDD: 888.833.4228

10/30/2026

Dear Bankruptcy Court Clerk:

Re: Debtor(s): Kenneth Parker
Bankruptcy Case Number: 26-07493
Truist Account Number ending in:3011

Dear Clerk:

Please withdraw the Truist Bank Reaffirmation Agreement #8 on the above referenced account.

If you have any questions or need additional information, please do not hesitate to call 800.635.3112 Monday through Friday 8 a.m to 5 p.m. ET.

Thank you for your assistance.

Sincerely,

Shonika Johnson
Bankruptcy Specialist
Truist Bank