United States Bankruptcy Court
Middle District of Florida

In re:
Kenneth Leslie Parker
Tina Marie Parker
Debtors

Case No. 26-07493-TPG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6
User: admin
Page 1 of 2
Date Rcvd: Oct 31, 2026
Form ID: Doddos
Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth Leslie Parker, Tina Marie Parker, 135 Integra Reserve Lane Apt 100, Apartment 100, Debary, FL 32713-9830 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bbandt.com | Oct 31 2026 15:34:00 | TRUIST BANK, PO BOX 85092, MAIL CODE 306-40-06-10, RICHMOND, VA 23285-5092 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emerson C Noble | trusteenoble@outlook.com enoble@ecf.axosfs.com;ecn@trustesolutions.net |
| Philip S Karle | on behalf of Joint Debtor Tina Marie Parker philip@aklawfla.com aklaw.ecf@gmail.com;AbelesKarlePLLC@jubileebk.net |
| Philip S Karle | on behalf of Debtor Kenneth Leslie Parker philip@aklawfla.com aklaw.ecf@gmail.com;AbelesKarlePLLC@jubileebk.net |

United States Trustee - ORL7/13
USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 4

**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: October 21, 2026**

Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:26−bk−07493−TPG
Chapter 7

Kenneth Leslie Parker

Tina Marie Parker

Debtor* /

***ORDER STRIKING REAFFIRMATION BETWEEN DEBTOR AND TRUIST BANK***

THIS CASE came on for consideration, without hearing, of the Reaffirmation Agreement Between Debtor and Truist Bank filed by debtor , Doc. # 8 . After review, the Court determines that the reaffirmation agreement is deficient as follows:

The signature of the attorney or Trustee electronic filer is either omitted or not in compliance with Local Rule 1001−2(g)(1).

The Reaffirmation Agreement does not include the signature of the Debtor.

Accordingly it is

***ORDERED:***

The reaffirmation agreement is stricken to allow movant to file an amended reaffirmation agreement.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.