Certificate Number: 15322-FLM-DE-041660094

Bankruptcy Case Number: 26-07493

15322-FLM-DE-041660094

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2026, at 7:31 o'clock AM CST, Tina M Parker completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: November 10, 2026

By: /s/Andrea Sanchez

Name: Andrea Sanchez

Title: Certified Credit Counselor