Form ntcabuse

**UNITED STATES BANKRUPTCY COURT**

Middle District of Florida

Case No.: 6:26−bk−07493−TPG
Chapter: 7
Judge: Tiffany P. Geyer

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth Leslie Parker
135 Integra Reserve Lane Apt 100
Apartment 100
Debary, FL 32713

Tina Marie Parker
135 Integra Reserve Ln Apt 100
Debary, FL 32713

Social Security / Individual Taxpayer ID No.:

xxx−xx−2472

xxx−xx−2251

Employer Tax ID / Other nos.:

**STATEMENT OF PRESUMED ABUSE**

Clerk's Notice of United States Trustee's Statement of Presumed Abuse Under 11 U.S.C. Section 707(b)(2). (ADIclerk)

Dated: 11/13/26

United States Trustee