United States Bankruptcy Court
Middle District of Florida

In re:
Kenneth Leslie Parker
Tina Marie Parker
Debtors

Case No. 26-07493-TPG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6 | User: admin | Page 1 of 4
Date Rcvd: Nov 13, 2026 | Form ID: ntcabuse | Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth Leslie Parker, Tina Marie Parker, 135 Integra Reserve Lane Apt 100, Apartment 100, Debary, FL 32713-9830 |
| 32883339 | + | Edc/Rentplus/Zrsmanage, 91 E 700 S, Logan, UT 84321-5769 |
| 32883343 | + | Gateway First Bank, 244 S Gateway Pl, Jenks, OK 74037-3448 |
| 32883348 | | Paramont Capital Group, 150 First Ave Ste 1001, King of Prussia, PA 19406 |
| 32883360 | + | Td Rcs/Blue Nile, 200 Carolina Point Parkw, Greenville, SC 29607-5766 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bbandt.com | Nov 13 2026 22:32:00 | TRUIST BANK, PO BOX 85092, MAIL CODE 306-40-06-10, RICHMOND, VA 23285-5092 |
| 32883306 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 13 2026 23:01:47 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 32883307 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2026 22:28:04 | Ally Credit Card/Cws, 1000 N West St Fl 11, Wilmington, DE 19801-1058 |
| 32883308 | + | Email/PDF: bncnotices@becket-lee.com | Nov 13 2026 22:27:51 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 32883309 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2026 23:01:21 | Amex/Cbna, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 32883310 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 13 2026 22:31:00 | Apple Card/Gs Bank Usa, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 32883311 | + | Email/Text: bk@avant.com | Nov 13 2026 22:34:00 | Avant Llc/Web Bank, 222 W Merchandise Mart P, Chicago, IL 60654-1103 |
| 32883312 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 13 2026 22:28:11 | Bmw Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017 |
| 32883317 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 13 2026 22:31:00 | Carmax Auto Finance, 12800 Tuckahoe Creek Pkw, Richmond, VA 23238 |
| 32883320 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2026 22:27:51 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 32883313 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2026 22:27:41 | Cap1/Kohls Dept Store, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 32883314 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2026 22:27:42 | Cap1/Neimn, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 32883315 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2026 22:27:18 | Cap1/Wmt, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 32883316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2026 22:28:07 | Capital One, PO Box 31293, Salt Lake City, UT |

| | | | | |
|---|---|---|---|---|
| | | | | 84131-0293 |
| 32883318 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 13 2026 22:34:00 | Cb Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 32883319 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 13 2026 22:34:00 | Cb Indigo/Cci, PO Box 4499, Beaverton, OR 97076-4499 |
| 32883321 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2026 22:28:16 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 32883322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2026 22:27:26 | Citi Ty Mc/Cbna, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 32883323 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2026 22:27:26 | Citicards Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 32883324 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenity Bank/Antylrmc, PO Box 182789, Columbus, OH 43218-2789 |
| 32883325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitybank/Breadrwds, PO Box 182789, Columbus, OH 43218-2789 |
| 32883326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitybank/Victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 32883327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitybank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 32883328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitycapital/Acadmy, PO Box 182120, Columbus, OH 43218-2120 |
| 32883329 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitycapital/Dell, PO Box 182120, Columbus, OH 43218-2120 |
| 32883330 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitycapital/Salonc, PO Box 182120, Columbus, OH 43218-2120 |
| 32883331 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitycb/Bluenile, PO Box 182120, Columbus, OH 43218-2120 |
| 32883332 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitycb/Cosmoprof, PO Box 182120, Columbus, OH 43218-2120 |
| 32883333 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitycb/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 32883334 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 13 2026 22:32:00 | Comenitycb/Ulta Mc, PO Box 182120, Columbus, OH 43218-2120 |
| 32883335 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2026 22:27:21 | Credit One Bank Na, PO Box 98875, Las Vegas, NV 89193-8875 |
| 32883336 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 13 2026 22:27:43 | Dept of Ed/Aidvantage, 1600 Tyson Boulevard, St, McLean, VA 75403 |
| 32883337 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2026 23:01:47 | Dillards/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 32883338 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2026 22:27:42 | Discovercap1, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 32883340 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 13 2026 22:33:00 | Elan Fin Svcs/Bmw, 4325 17th Ave S, Fargo, ND 58125-6200 |
| 32883341 | ^ | MEBN | Nov 13 2026 22:14:07 | Esb/Harley Davidson Cr, 9850 Double R Blvd Ste 1, Reno, NV 89521-3103 |
| 32883342 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2026 22:27:15 | Fetti Fingerhut/Webban, 13300 Pioneer Trl, Eden Prairie, MN 55347-4120 |
| 32883304 | | Email/Text: BNC_Notices@floridarevenue.com | Nov 13 2026 22:29:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 32883344 | + | Email/Text: bankruptcy@huntington.com | Nov 13 2026 22:33:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |

| | | | | |
|---|---|---|---|---|
| 32883305 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2026 22:32:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 32883345 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 13 2026 22:27:17 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 32883346 | + | Email/Text: Documentfiling@lciinc.com | Nov 13 2026 22:30:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 32883347 | + | Email/Text: bankruptcy@td.com | Nov 13 2026 22:33:00 | Nordstrom/Td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 32883349 | + | Email/PDF: ProsperBKDetection@resurgent.com | Nov 13 2026 22:27:49 | Prosper Marketplace in, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 32883350 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 13 2026 22:33:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 32883351 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 22:27:40 | Syncb/Amazon, PO Box 71727, Philadelphia, PA 19176-1727 |
| 32883352 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 22:27:17 | Syncb/Ashley Homestore, PO Box 71757, Philadelphia, PA 19176-1757 |
| 32883353 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 22:27:40 | Syncb/Car Care Disc Ti, PO Box 71757, Philadelphia, PA 19176-1757 |
| 32883354 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 22:27:16 | Syncb/Chev, PO Box 71746, Philadelphia, PA 19176-1746 |
| 32883355 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 22:27:40 | Syncb/Lowes, PO Box 71746, Philadelphia, PA 19176-1746 |
| 32883356 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 22:27:17 | Syncb/Rooms to Go, PO Box 71727, Philadelphia, PA 19176-1727 |
| 32883357 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 22:27:41 | Syncb/Steinmart Pllc, PO Box 71746, Philadelphia, PA 19176-1746 |
| 32883358 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2026 22:27:17 | Syncb/Verizo, PO Box 71746, Philadelphia, PA 19176-1746 |
| 32883359 | + | Email/Text: bncmail@w-legal.com | Nov 13 2026 22:32:00 | Td Bank Usa/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 32883361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2026 22:27:26 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 32883362 | + | Email/Text: bankruptcy@bbandt.com | Nov 13 2026 22:32:00 | Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 32883363 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 13 2026 22:33:00 | Us Bank, 4325 17th Ave S, Fargo, ND 58125 |
| 32883303 | + | Email/Text: bankruptcy@VCTAXCOLLECTOR.ORG | Nov 13 2026 22:33:00 | Volusia County Tax Collector, 123 West Indiana Avenue, Room 103, Deland FL 32720-4602 |
| 32883364 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2026 22:27:26 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 32883365 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Nov 13 2026 22:28:08 | Wfbna Card, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 60

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emerson C Noble | trusteenoble@outlook.com enoble@ecf.axosfs.com;ecn@trustesolutions.net |
| Philip S Karle | on behalf of Joint Debtor Tina Marie Parker philip@aklawfla.com aklaw.ecf@gmail.com;AbelesKarlePLLC@jubileebk.net;pkarle41247@recap.email |
| Philip S Karle | on behalf of Debtor Kenneth Leslie Parker philip@aklawfla.com aklaw.ecf@gmail.com;AbelesKarlePLLC@jubileebk.net;pkarle41247@recap.email |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |
| Wanda D Murray | on behalf of U.S. Trustee United States Trustee - ORL7/13 wanda.murray@usdoj.gov |

TOTAL: 5

Form ntcabuse

**UNITED STATES BANKRUPTCY COURT**

Middle District of Florida

Case No.: 6:26−bk−07493−TPG
Chapter: 7
Judge: Tiffany P. Geyer

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth Leslie Parker<br>135 Integra Reserve Lane Apt 100<br>Apartment 100<br>Debary, FL 32713 | Tina Marie Parker<br>135 Integra Reserve Ln Apt 100<br>Debary, FL 32713 |

Social Security / Individual Taxpayer ID No.:

| | |
|---|---|
| xxx−xx−2472 | xxx−xx−2251 |

Employer Tax ID / Other nos.:

**STATEMENT OF PRESUMED ABUSE**

Clerk's Notice of United States Trustee's Statement of Presumed Abuse Under 11 U.S.C. Section 707(b)(2). (ADIclerk)

Dated: 11/13/26

United States Trustee